UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 2002 M 0471 RBC |
| | ) |
| **LENIN FRIAS** | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney, by and through its undersigned counsel, respectfully moves the Court to unseal the Complaint and supporting Affidavit. As grounds for this motion, the government states that because the defendant has been arrested there is no longer any public interest in keeping the complaint and supporting affidavit sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney

9/30/04

SEP 30 2004
ALLOWED