AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

*LENIN    FRIAS*

CASE NUMBER:

*2002 M 0471 RBC*

I, _____*LENIN FRIAS*_____, charged in a ☑ complaint ☐ petition

pending in this District with _____*Conspiracy to distribute heroin*_____

in violation of Title _____*21*_____, U.S.C., _____*841(a)(1)*_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a preliminary ☑ examination ☐ hearing , do hereby waive (give up) my right to a prelim-
inary ☑ examination ☐ hearing.

_____*Lenin Frias*_____
*Defendant*

**OCT - 5 2004**
_____
*Date*

_____
*Counsel for Defendant*