# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        MAGISTRATE JUDGE'S DOCKET
                                   NO. 2002-m-0471RBC

LENIN FRIAS, ETC.

## *ORDER SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

     After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons and the community. Accordingly, the Court sets the following Conditions of Release:

    (1)    The defendant, his parents and his brother shall execute a $25,000 bond secured by a 10% cash deposit ($2,500.00).

    (2)    The defendant shall live only at 25 Fallon Avenue (2nd floor apartment), Providence, Rhode Island ("the residence") and at no other location.

    (3)    The defendant shall be subject to electronic monitoring at the residence and may not leave the residence except (a) for the

purpose of attending a previously scheduled appearance in a court, (b) for the purpose of visiting an attorney who is representing him in a pending criminal matter,(c) for the purpose of employment and (d) for the purpose of seeking emergency medical care. Permission to leave the residence for the above-stated purposes (a), (b), (c) or (d) is conditioned on the defendant complying with all of the requirements imposed by the Pre-Trial Services.

(4) All features on the telephone which are incompatible with electronic monitoring must be removed prior to the defendant's release.

(5) The defendant is released into the Third Party Custody of his brother, Huascar Frias.

(6) The defendant shall surrender his passport to Pre-Trial Services and shall not apply for a passport or any type of travel documents while on release.

(7) The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(8) The defendant shall not alcohol to excess and shall not use or possess any narcotic controlled substance except by prescription from a licensed medical practitioner.

(9) The defendant shall submit to random drug testing by Pre-Trial Services.

(10) The defendant shall notify Pre-Trial Services within twenty-four (24) hours if he is arrested.

(11) The defendant's travel is restricted to Massachusetts and Rhode Island.

(12) The defendant shall maintain his employment while on release.

(13) The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

Counsel for the defendant shall notify the Court when the defendant is prepared to meet these Conditions of Release, and the Court shall thereafter schedule a release hearing at which time the defendant's parents and brother must be present.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 9, 2004.