# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                MAGISTRATE JUDGE'S DOCKET
                                        NO. 2002-m-471RBC

LENIN FRIAS.

## *ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

    The Order Setting Conditions of Release (#8) is hereby AMENDED so that paragraph (2) shall now read:

    (2)    The defendant shall live only at Apt. #2, 167 Ocean Street, Providence, Rhode Island (the residence") and at no other location.

                                                          /s/ *Robert B. Collings*
                                                          ROBERT B. COLLINGS
                                                          United States Magistrate Judge

Date:  November 12, 2004.