UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Magistrate No. 02-00471-RBC |
| ) | |
| LENIN FRIAS ) | |

NOTICE OF WITHDRAWAL

    Assistant Federal Defender Leo T. Sorokin hereby withdraws from the above entitled case.

                                            /s/ Leo T. Sorokin
                                            Leo T. Sorokin
                                              B.B.O. # 559702
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel:  617-223-8061

Date: March 17, 2005