UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Magistrate No. 02-00471-RBC |
| ) | |
| LENIN FRIAS ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Page Kelley hereby files her appearance on behalf of defendant Lenin Frias.

                                            /s/ Page Kelley
                                            Page Kelley
                                              B.B.O. # 548237
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date: March 17, 2005