UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05cr10069 PBS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 -- |
| 1. LENIN FRIAS, | ) | Conspiracy to Distribute, and |
| | ) | to Possess With Intent To |
| Defendant. | ) | Distribute, Heroin |
| | ) | |
| | ) | 21 U.S.C. § 841 - |
| | ) | Possession With Intent To |
| | ) | Distribute Heroin |

## INFORMATION

COUNT ONE:    (21 U.S.C. §846 - Conspiracy To Distribute, and To Possess With Intent To Distribute, Heroin)

The United States Attorney charges that:

From a date unknown, but no later than January, 2001, and continuing until in or about October, 2001, at Seekonk and elsewhere, in the District of Massachusetts,

1.  **LENIN FRIAS**

defendant herein, did knowingly and intentionally conspire, confederate and agree with others known and unknown, to distribute, and to possess with intent to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841.

The United States Attorney further charges that the conspiracy involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

Case 1:05-cr-10069-PBS   Document 14   Filed 03/18/2005   Page 2 of 8

**COUNT TWO:** (21 U.S.C. §841 - Distribution and Possession With Intent To Distribute Heroin)

The United States Attorney charges that:

On or about January 3, 2001, at Seekonk, in the District of Massachusetts, and elsewhere in the District of Massachusetts,

1. **LENIN FRIAS**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>:   (21 U.S.C. §841 - Distribution and Possession With Intent To Distribute Heroin)

The United States Attorney charges that:

On or about January 31, 2001, at Seekonk, in the District of Massachusetts, and elsewhere in the District of Massachusetts,

1. **LENIN FRIAS**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:     (21 U.S.C. §841 - Distribution and Possession With
                    Intent To Distribute Heroin)

The United States Attorney charges that:

On or about May 2, 2001, at Seekonk, in the District of Massachusetts, and elsewhere in the District of Massachusetts,

1. **LENIN FRIAS**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     (21 U.S.C. §841 - Distribution and Possession With Intent To Distribute Heroin)

The United States Attorney charges that:

On or about October 12, 2001, at Seekonk, in the District of Massachusetts, and elsewhere in the District of Massachusetts,

1. **LENIN FRIAS**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:

                                      LISA M. ASIAF
                                      Assistant U.S. Attorney

Dated: March 18, 2005

≈JS 45 (5/97) - (Revised USAO MA 3/25/02)

05 CR 10069 PBS

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

Place of Offense: Seekonk, MA    Category No. II    Investigating Agency: DEA

City  Seekonk                    Related Case Information:

County  Bristol                  Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____    New Defendant _____
                                 Magistrate Judge Case Number  02 m 0471-RBC
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  Lenin Frias                          Juvenile  ☐ Yes  ☒ No

Alias Name  Moreno

Address  167 Ocean Avenue, Providence, RI

Birth date (Year only): 1979   SSN (last 4 #): 5660   Sex M   Race: _____   Nationality: D.R.

Defense Counsel if known:  Leo Sorokin    Address: Fed'l Public Defender Service
                                                   408 Atlantic Ave, 3rd Fl, Boston 02210
Bar Number: _____

## U.S. Attorney Information:

AUSA  Lisa M. Asiaf                         Bar Number if applicable  634636

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect:  English

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____         ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  USMJ Collings    on  11/12/2004

Charging Document:    ☐ Complaint        ☒ Information         ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____   ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: March 18, 2005         Signature of AUSA:  Lisa M. Asiaf  /s/ Lisa M. Asiaf

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Lenin Frias

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Distribute heroin | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Distribution of heroin | 2 - 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**