UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 05-10069-PBS |
| v. | |
| LENIN FRIAS | |

## NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                              March 22, 2005

    At the request of defense counsel, the Rule11 Hearing previously scheduled for April 5, 2005, has been **rescheduled** to **May 5, 2005, at 4:00 p.m.**

                                      By the Court,

                                      _/s/ Robert C. Alba_
                                      Deputy Clerk

Copies to:  All Counsel

resched.ntc