Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In Open Court
USDC, Mass.
Date 5-5-05

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10069-PBS |
| ) | |
| LENIN FRIAS ) | |

## WAIVER OF INDICTMENT

I, **LENIN FRIAS**, the above-named defendant, who is accused of conspiring to distribute, and to possess with intent to distribute a Schedule I controlled substance, namely, heroin, from a date unknown, but no later than January 2001, and continuing until in or about October 2001, in violation of 21 U.S.C. §846, and of knowingly and intentionally distributing heroin on January 3, 2001, January 31, 2001, May 2, 2001, and October 12, 2001, in violation of 21 U.S.C. §841(a)(1), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on May 5, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
LENIN FRIAS, Defendant

_____
Counsel for the Defendant

Before: _____
PATTI B. SARIS,
UNITED STATES DISTRICT JUDGE