UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>LENIN FRIAS       )<br>) | CRIMINAL NO. 05-10069-PBS |

<u>SENTENCING MEMORANDUM</u>

Lenin Frias asks the Court to sentence him to time served and a term of supervised release. He refers the Court to p. 12, ¶¶ 57-66 of the Presentence Report, the Defendant's Version of the Offense.

According to the Presentence Report, Mr. Frias's Total Offense Level is 21, resulting in a guideline range of 37-46 months. Mr. Frias asks the Court to give him a non-guideline sentence because of the extraordinary circumstances in this case, pursuant to 18 U.S.C. § 3553 (a).

Mr. Frias is a 28-year-old legal permanent resident of the United States. He has lived in the United States since he was about nine years old with his entire immediate family. He has no criminal record. He is married to a United States citizen and has two young sons who are also citizens. Since December, 2001, Mr. Frias has been working at a steady, well-paying job as a cable installer. He supports his family.

Mr. Frias participated in the crimes he has plead guilty to because he needed the money. He was unemployed, he had been in a car accident, he had a new baby, and he mistakenly thought that he could easily and quickly earn cash by selling drugs.

The conviction in this case is going to result in Mr. Frias's never being able to live in the United States with his family again. He is going to be deported to the Dominican Republic

because of his conviction.  The only relative he has there is an elderly grandmother.  His wife Jessica has never been to the Dominican Republic and does not even speak Spanish.  She does not plan to follow him right away because she currently has health problems and Mr. Frias's youngest son, who has "club feet," still needs medical care for that condition.

As stated in the Presentence Report, Mr. Frias is extremely remorseful for his conduct.  He has said to counsel more than once that young people ought to be told that crime is not worth it, it can ruin a person's life.  He and his entire family consider this event to be the worst tragedy that has happened to anyone in their family.  Mr. Frias has been so despondent about this case that he has thought about committing suicide.

Giving Mr. Frias a prison sentence will serve no purpose.  Mr. Frias ended his criminal behavior on his own volition.  He has paid an extremely severe price for that behavior.  He is not going to go back to breaking the law.

LENIN FRIAS
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: July 22, 2005