UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.        ) | CRIMINAL NO. 05-10069-PBS |
| ) | |
| LENIN FRIAS      ) | |
| ) | |

ASSENTED-TO MOTION TO DISCHARGE BOND AND RETURN CASH

Defendant Lenin Frias respectfully moves this Court to authorize the discharge of the $25,000 bond, secured by $2,500 cash, that secured his release from custody in November, 2004, so that the clerk's office may return the cash to the defendant's family. As grounds for this motion, counsel states that on August 5, 2005, Mr. Frias was taken into custody and began serving his sentence in the above-numbered case.

Assistant United States Attorney Lisa Asiaf has no objection to this motion.

LENIN FRIAS
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: August 11, 2005