UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                CRIMINAL NO.   __05-10069-PBS__

__LENIN FRIAS__
    Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on __8/5/05__. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1.(a)    Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

        __X__ yes    ____ no

(b)    If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.    Are any legal issues in dispute?

        ____ yes    __X__ no

If yes, describe disputed issues and their resolution:

2.(a)    Tentative findings as to advisory guidelines are:

    Total Offense Level: _____21_____

    Criminal History Category: ____I____

    __37__    __46__ months imprisonment

    __48__ to _____ months supervised release

    $__7,500__ to $__6 MILLION__ fine

    (plus $_____ cost of imprisonment/supervision)

   $_____ restitution

   $___500_____ special assessment ($_____ on
                      each of counts _____)

 (b) Are there any legal objections to tentative findings?

   _____ yes  _X__ no

3.(a) Remarks by counsel for defendant.[1]

   _X__ yes  _____ no

 (b) Defendant speaks on own behalf.

   _X__ yes  _____ no

 (c) Remarks by counsel for government.

   _X__ yes  _____ no

4.(a) The sentence will be imposed as follows:

   _____37_____ months imprisonment [WITH A RECOMMENDATION TO A FACILITY WITH A 500-HOUR DRUG PROGRAM]

   _____ months/intermittent community confinement

   _____ months probation

   _____48_____ months supervised release

   $ _____ fine (including cost of imprisonment/supervision)

   $_____ restitution

   $ ____500_____ special assessment ($_____ on each of
                   counts _____)

   Other provisions of sentence: (community service, forfeiture, etc.):

   IF DEPORTED, DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE AUTHORIZATION OF THE DEPARTMENT OF HOMELAND SECURITY.

 (b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

5.  Statement of reasons for imposing sentence.
    Check appropriate space.

    (a) _X_ Sentence is within the advisory guideline range

    (b) ___ Sentence departs from the advisory guideline range as a result of:

        ___ substantial cooperation upon motion of the government

OR

        ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6. (a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

        _X_ yes    ___ no

   (b) If no, why is the guideline sentence unreasonable?

   (c) Is restitution applicable in this case?

        ___ yes    _X_ no

        Is full restitution imposed?

        ___ yes    ___ no

        If no, less than full restitution is imposed for the following reasons:

   (d) Is a fine applicable in this case?

        _X_ yes    ___ no

        Is the fine within the guidelines imposed?

        ___ yes    _X_ no

        If no, the fine is not within guidelines or no fine is imposed for the following reasons:

        ___ Defendant is not able, and even with the use of a reasonable installment schedule is not

3

      likely to become able, to pay all or part of the required fine; OR

   \_\_\_ Imposition of a fine would unduly burden the defendant's dependents; OR

   \_\_\_ Other reasons as follows:

7. Was a plea agreement submitted in this case?

       __X__ yes     \_\_\_\_\_ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

 

__8/10/05__                                      ____/s/ Patti B. Saris____
Date                                               United States District Judge